# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SYLVESTER JOHNSON,**

    *Plaintiff,*

v.                                                   **CASE NO. 4:19cv515-MW/HTC**

**MARK INCH, SECRETARY,**
**FLORIDA DEP'T OF CORR., et al.,**

    *Defendants*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and 28 U.S.C. § 1915(e)(2)(B)(i)." The Clerk shall close the file.

**SO ORDERED on November 25, 2019.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**